BRETT L. TOLMAN, United States Attorney (#8821)
VEDA M. TRAVIS, Assistant United States Attorney (#6449)
Attorneys for the United States of America
185 S. State Street, #300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | MAGIS. NO. 2:07mj308 |
| Plaintiff, | : | C O M P L A I N T |
| vs. | : | VIO. 21 U.S.C. § 841(a)(1) |
| KIM DAVIS BECKSTROM, | : | DISTRIBUTION OF METHAMPHETAMINE |
| Defendant. | | |

---

Before a United States Magistrate Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

**COUNT I**

On or about September 13, in the Northern Division of the District of Utah,

KIM BECKSTROM,

defendant herein, did knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, and did aid and abet therein; in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable under 21 U.S.C. § 841(b)(1)(A).

Complainant states that this complaint is based on information obtained through investigation consisting of the following:

1. I am a special agent with the Federal Bureau of Investigation ("FBI"), currently assigned to the Ogden, Utah, field office. I have been an FBI agent for a little more than 10 years and have received training in narcotics interdiction.

2. In my assignment with the Ogden Field Office, I work with agents of the Weber/Morgan Narcotics Strike Force. In that capacity, I have seen numerous seizures of methamphetamine and am familiar with the purity levels of those seized drugs.

3. While working with Weber/Morgan, I have been involved in the investigation of possible drug trafficking by Kim Beckstrom. On September 11, 2007, a confidential informant ("CI") was able to purchase methamphetamine from Beckstrom. On that date, the CI also introduced Beckstrom to an undercover police officer ("UC") who is assigned to the Box Elder County Strike Force. Beckstrom and the UC discussed future purchases of methamphetamine.

4. On September 13, 2007, following a series of telephone calls which were recorded, Beckstrom and the UC made arrangements to meet at Beckstrom Auto, 1945 Lincoln Street, Ogden, Utah, where Beckstrom agreed to sell the UC one-half pound of methamphetamine for $7000. The UC drove to that location and Beckstrom came out and got into the UC's vehicle. Beckstrom was

carrying a box which contained a little more than one pound of a white crystalline substance.

5. The UC paid Beckstrom $7000 for one-half pound of methamphetamine and Beckstrom agreed to front the other one-half pound to the UC. Following the deal, the substance was field tested and field tested positive for methamphetamine. The pound was weighed and was found to weigh, with packaging, approximately 487 grams.

6. I have looked at the methamphetamine and based on my training and experience, believe it will test at least 50% pure. I therefore conclude that the pound contains at least 50 grams of pure methamphetamine.

GEORGE DOUGHERTY, Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME this 19th day of September, 2007.

PAUL M. WARNER
United States Magistrate Judge

APPROVED:

BRETT L. TOLMAN
United States Attorney

VEDA M. TRAVIS
Assistant United States Attorney